**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 5:26-cv-01679-KES                                    Date: April 28, 2026

Title:  SHIENY ELIETH PEREZ WHEELOCK v. MARKWAYNE MULLIN, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

Jazmin Dorado                                          Not Present
Courtroom Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR          ATTORNEYS PRESENT FOR
PETITIONER:                                  RESPONDENTS:
None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS):**        **Order to Show Cause Why Petition
                                                              Should Not Be Dismissed as Moot**

On April 10, 2026, the Court ordered Respondents to release Petitioner unless they provided an individualized bond hearing before an immigration judge within seven days.  (Dkt. 11.)  The Court further directed that following the bond hearing, "the parties shall meet and confer to discuss whether they are willing to stipulate that judgment be entered consistent with this Order, without either party waiving their right to appeal."  (<u>Id.</u>)

On April 13, 2026, Respondents indicated that they did not oppose providing a bond hearing.  (Dkt. 12.)  On April 27, Respondents filed a status report.  (Dkt. 14.)  They told the Court that (1) the bond hearing never took place because Petitioner withdrew his request; and (2) they were unable to contact Petitioner's counsel to meet and confer about a case-ending stipulation.

The Court orders Petitioner to show cause by **May 8, 2026**, why this case should not be dismissed as moot.  Petitioner may discharge this OSC by filing a notice of voluntary dismissal, a case-ending stipulation, or a brief explaining (1) why Petitioner withdrew his request for a bond hearing and (2) what further habeas relief, if any, the Court could still grant and why.

Initials of Deputy Clerk <u>jd</u>