JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHEINY ELIETH PEREZ WHEELOCK,

        Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

        Respondents.

Case No. 5:26-cv-01679-KES

**JUDGMENT**

    For the reasons discussed in the Order Dismissing Petition as Moot (Dkt. 16), IT IS HEREBY ADJUDGED that the Petition is dismissed as moot.

DATED: <u>May 14, 2026</u>

_____

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE